# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| *versus* § | Criminal Case 5:13–po–08502 |
| § | |
| Juan Josafat Razo–Ramirez § | |

## ORDER FINDING PROBABLE CAUSE

I find that the complaint and/or affidavit(s) filed with the complaint, establish probable cause to believe that an offense has been committed and that the defendant committed it.

IT IS SO ORDERED.

*[signature]*
Guillermo R. Garcia
United States Magistrate Judge

Date of order: June 17, 2013